IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE WILSON, JR., <br> AIS #104358-B, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 12-0666-KD-C |
| CYNTHIA WHITE, | : |
| Defendant. | : |

## **ORDER**

After due and proper consideration of all the issues raised, and the fact that objections have not been filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 12, 2013 is ADOPTED as the opinion of this Court.

**DONE** this 20th day of August 2013.

        **s/ Kristi K. DuBose**
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**